563 U.S. 902, 131 S. Ct. 1808, 179 L. Ed. 2d 653, 2011 U.S. LEXIS 2434.

March 28, 2011. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

**No. 10-8150. Gary M. Cohen, Petitioner v. Federal Express Corporation.**

563 U.S. 902, 131 S. Ct. 1808, 179 L. Ed. 2d 653, 2011 U.S. LEXIS 2485.

March 28, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied. Justice Sotomayor took no part in the consideration or decision of this motion.

**No. 10-8580. Nina Shahin, Petitioner v. Richard J. Strosser, et al.**

563 U.S. 902, 131 S. Ct. 1808, 179 L. Ed. 2d 653, 2011 U.S. LEXIS 2561.

March 28, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until April 18, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-553. Hosanna-Tabor Evangelical Lutheran Church and School, Petitioner v. Equal Employment Opportunity Commission, et al.**

563 U.S. 903, 131 S. Ct. 1783, 179 L. Ed. 2d 653, 2011 U.S. LEXIS 2445.

March 28, 2011. Motion of International Mission Board of the Southern Baptist Convention, et al. for leave to file a brief as amici curiae granted. Motion of Religious Organizations and Institutions for leave to file a brief as amici curiae granted. Motion of Christian Reformed Church in North America, et al. for leave to file a brief as amici curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit granted.

Same case below, 597 F.3d 769.

**No. 10-740. Emigrant Savings Bank, Petitioner v. Metavante Corporation.**

563 U.S. 903, 131 S. Ct. 1784, 179 L. Ed. 2d 653, 2011 U.S. LEXIS 2428.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 619 F.3d 748.

**No. 10-834. Council Tree Investors, Inc., et al., Petitioners v. Federal Communications Commission, et al.**

563 U.S. 903, 131 S. Ct. 1784, 179 L. Ed. 2d 653, 2011 U.S. LEXIS 2468.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 619 F.3d 235.